*Tracy Ray Plummer, Certified Shorthand Reporter*

*100 Dolorosa, 407th Court*

*San Antonio, Texas 78205*

*(210) 335-2895*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/27/2015 3:35:56 PM
KEITH E. HOTTLE
Clerk

April 27, 2015

Re: 04-15-00114-CV, ASPRI INVESTMENTS, LLC V. SHUBHA, LLC, ET AL

Dear Honorable Court:

I have been working, along with a scopist, on the above styled transcript and am making progress. However, the 407th Court I am working in had a medical malpractice trial during April 13, 14, 15, 16, 17, 20 & 21. During that time the attorneys requested excerpts of medical doctors from me, which put me behind on this transcript. I am requesting an additional 10 days to turn in the above styled transcript. It's a difficult transcript.

Sincerely,

Tracy Ray Pl

Tracy Ray Plummer, 407th Court Reporter